

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2020

No. 04-19-00458-CV

Frederick Stanton **DUNCAN**,
Appellant

v.

Shanna Nicole **DUNCAN**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18794
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's brief was due on February 14, 2020. *See* TEX. R. APP. P. 38.6(a). On February 24, 2020, we notified Appellant that the brief was late and advised Appellant to respond in writing by March 5, 2020. To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court